# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

TERRANCE J. SHAW,

        Plaintiff,

v.

PAUL KEMPER, UNIT MANAGER DIEBOLD, JOHN DOE, LIEUTENANT SERRANO, MICHELLE BONES, BRAD HOMPE and C ODONNELL,

        Defendants.

Case No. 21-CV-49-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this case be and same is hereby **DISMISSED with prejudice** under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) because the complaint fails to state a claim.

APPROVED:

J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court
*s/ Ross C. Miller*
By: Deputy Clerk

November 23, 2021
Date