IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**Terrance Shaw,**
*Plaintiff,*

v.

**Paul Kemper, et al.,**
*Defendants.*

CIVIL ACTION NO. 2:21-CV-49

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Terrance Shaw appeals to the United States Court of Appeals for the Seventh Circuit from this Court's November 23, 2021 Order and Judgment dismissing his complaint.

Date: December 3, 2021

Respectfully submitted,

/s/ Terrance Shaw
Terrance Shaw

1516 Rambler Court
Onalaska, WI 54650-2080
tjs48lx@gmail.com