# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

December 7, 2021

**To:** Gina M. Colletti
　　　Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

---

Appellate Case No: 21-3265

Caption:
TERRANCE J. SHAW,
　　　　Plaintiff - Appellant

v.

PAUL KEMPER, et al.,
　　　　Defendants - Appellees

District Court No: 2:21-cv-00049-JPS
District Judge J. P. Stadtmueller
Clerk/Agency Rep Gina M. Colletti

Date NOA filed in District Court: 12/06/2021

---

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**　　(form ID: **188**)